UNITED STATES DISTRICT COURT  AUG 6 2024 AM 10:30
DISTRICT OF CONNECTICUT  FILED-USDC-CT-NEW HAVEN

GRAND JURY N-24-1

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:24CR159 (OAW)(RMS) |
|---|---|---|
| | : | |
| v. | : | VIOLATION: |
| | : | |
| ALYSON CRANICK | : | 18 U.S.C. § 2422(b) |
| | : | (Coercion and Enticement of a Minor) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Coercion and Enticement of a Minor)

From in or about July 2022 through and including October 10, 2022, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant, ALYSON CRANICK, did use a facility and means of interstate commerce, namely, internet-based messaging services, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault in the First Degree, in violation of Connecticut General Statutes § 53a-70(a)(2), and Risk of Injury to a Child, in violation of Connecticut General Statutes § 53-21(a)(2).

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

/s/ Vanessa Roberts Avery  /MHS
_____
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____
DANIEL E. CUMMINGS
ASSISTANT U.S. ATTORNEY