UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| United States of America | : | Crim. No. 3:24-CR-159-OAW |
|---|---|---|
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Alyson Cranick | : | |
| Defendant | : | August 21, 2024 |

## NOTICE OF APPEARANCE

Virginia M. Gillette, of the law firm of Santos & LaLima, P.C., hereby enters her appearance as counsel of record for the Defendant, ALYSON CRANICK.

BY /s/_____
Virginia M. Gillette
Federal Bar No. ct 31243
vgillette@santoslalima.com
SANTOS & LaLIMA, P.C.
50 Russ Street
Hartford, CT 06106
Tel: (860) 249-6548
Fax:(860) 724-5533

## **CERTIFICATION**

     I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                        */s/*_____
                                                        Virginia M. Gillette