UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **United States of America** | Case No. 3:24-CR-159 (KAD) |
| v. | |
| **Alyson Cranick,** | |
| Defendant. | February 2, 2026 |

**MOTION TO CONTINUE FILING DATE FOR
GOVERNMENT'S SENTENCING MEMORANDUM**

The United States respectfully moves to continue the filing date for its sentencing memorandum. On January 30, 2026, the defendant filed her sentencing memorandum, an expert report, and a motion to continue the sentencing date to March 12, 2026. The government did not oppose the defendant's motion to continue.

The government seeks additional time to review the defendant's expert report and formulate response. Accordingly, the government requests that the Court order that it file its sentencing memorandum on or before March 6, 2026, or six days before whatever date the Court schedules the sentencing hearing. This date will maintain the scheduling timeline set by the Court in its original sentencing schedule. The defendant does not object to the government's motion.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

DANIEL E. CUMMINGS
ASSISTANT U.S. ATTORNEY

Federal Bar No. phv206702
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Fax: (203) 773- 5376
Daniel.Cummings@usdoj.gov

2

**<u>CERTIFICATION</u>**

  I hereby certify that on February 2, 2026, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DANIEL E. CUMMINGS
ASSISTANT U.S. ATTORNEY