**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:24-cr-00159-KAD |
| vs. | | |
| ALYSON CRANICK | : | MARCH 9, 2026 |

**ALYSON CRANICK'S REPLY SENTENCING MEMORANDUM**

Alyson Cranick, through the undersigned counsel, hereby respectfully submits this reply memorandum.

\*

At the outset, we would like to add detail to our request for 10 years' imprisonment. In consideration of this substantially below-guidelines proposal, Ms. Cranick is amenable to a reciprocally extensive and strict term of supervised release. Ms. Cranick understands that her world will be small and difficult when she is released. She singularly yearns simply to live with her family again.

\*

With respect to the psychological evaluation, the Government suggests that "clinical taxonomy" and "what Ms. Cranick is," are irrelevant. Government's Sentencing Memorandum at *11. The Government observes that Section 3553(a) "asks this Court to evaluate the nature and circumstances of the offense and the need for just punishment and deterrence, not to classify the defendant by clinical type." Id. The Government omits

the statute's directive to consider the history and characteristics of the defendant. That is the purpose of the evaluation.

The Government is nonplussed by the lack of a diagnosis—but that lack was the point. Sociopathy and pedophilia are notoriously difficult to treat. A diagnosis of one of these conditions would be aggravating, because it would indicate an incapacity for rehabilitation. The absence of such a diagnosis, therefore, *is* the mitigation. It shows that there is nothing irremediably wrong with Ms. Cranick.

Finally, the fact that the defense's evaluators questioned the results produced by their diagnostic tools does not mean that those tools refuted their findings. It means that they used their training and professional judgment in conjunction with their tools. Their conclusion regarding the Attachment Style Questionnaire is significant. "[T]hese results… reflect very poor insight and self-awareness of her attachment vulnerabilities (consistent with the MMPI-3 results indicating poor insight more generally." Evaluation at *6.  If Ms. Cranick improves her self-awareness and insights related to her attachment vulnerabilities, she will be on the path to rehabilitation.

The Government also characterizes Ms. Cranick's offense-conduct subterfuges as reflecting "adult strategic thinking of a high order." Government's Sentencing Memorandum at *10. The defense respectfully disagrees. Except for the fact that Ms. Cranick, as a grownup, had access to a car and money, her behavior was quintessentially juvenile: Switching social media accounts so the parents can't read the messages; making friendship bracelets with private acronyms; hiding in the bushes at night waiting for someone to sneak out of his parents' house; behaving girlishly at a beach outing, and so on. We also disagree with the Government's implication on *3 of its memo that Ms. Cranick's interactions with other minors suggested an untoward

curiosity about them as well. Clearly, Snapchatting with a 13-year-old girl was a violation of her conditions of her release. She was remanded to custody for that. The defense proposes that this was more reflective of Ms. Cranick's regressed state of mind than anything else.

Finally, attached to this reply are letters of support from Ms. Cranick's family: her mother, father, husband, daughter, and son. They have supported her throughout this difficult case. They are her world.

Respectfully Submitted,
THE DEFENDANT,
Alyson Cranick

*W. T Koch*
_____.
W. Theodore Koch, III
Jessica M. Walker
Fed. Bar # ct26854
Koch, Garg, Walker & Smart, LLP
169 Main Street, Suite 800-21
Middletown, CT 06457
Phone: 860-908-1542
ted@kgwslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CV/ECF Filing System.

*W. T Koch*
_____.
W. Theodore Koch, III
Fed. Bar # ct26854
Koch, Garg, Walker & Smart, LLP

169 Main Street, Suite 800-21
Middletown, CT 06457
Phone: 860-908-1542
ted@kgwslaw.com