To The Honorable Judge Kari A. Dooley:


My name is Marc Cranick. I am Alyson's husband of 21 years and the father of our two children. I am a mechanical engineer and manager for large Manufacturing company and have been working there since 2009. I am asking the Court to consider giving Alyson the minimum sentencing allowable under the law.

The older I get the faster time passes by. Something I was always told as a child but never grasped until it started happening. Days, months, and now years pass by in the blink of an eye. Due to the current circumstances, as my kids grow and mature into young adults, each passing day that their mother is incarcerated is one less day in their lives that they will not be able to make memories and share experiences together. Two of the most important things in one's life. Significant things that will be missed and never can be shared again for them are receiving their drivers' licenses, graduating high school, their first job, and graduating college. Depending on the length of Alyson's sentence, they will also never be able to make memories of marriage and children of their own with their mother. I condemn all that has happened, but it hurts me knowing that time is not on their side, and my kid's becoming adults and losing this time with their mother will be forever. Ever since meeting Alyson, all she ever wanted was to be a mother. She was adopted at birth to two loving parents and that's all she ever wanted to be herself. I know that not a single day goes by being away from her kids and parents that she is extremely regretful and sorry for the wrong and pain that she has caused to all. I can see it during her visits with them and all the motherly things she still worries about.

Alyson has always had a huge heart for family and her community. She always looked forward to spending as much time as possible with her children and parents. Her main goal in life was to see her children be taken care of. From always making a home cooked dinner, washing their laundry, helping with homework, and making the house a home for them. From large family holidays and family vacations to quick getaways to her parents' house in PA to spend time with them all. She loves both her kids and parents dearly. As for her community, she was also heavily involved. She loved volunteering and donating her time to help our local school. She always made time to chaperon school dances, fund raisers, field trips, and take part in the PTO. She is also a huge sports fan and was always involved in school and rec sports like basketball and

baseball. Cheering all the kids on, helping them with practice, carpooling with families to games, picking up snacks for all, and even jumping in to help coach when needed. She rarely ever missed a game. She was always there to help parents and lend a hand. She was also heavily involved in the town voting registrar helping the community to vote.

Before this incident her father was diagnosed with Prostate Cancer. As stated above, she is extremely close to her adopted parents, and I feel this diagnosis hit her much harder than she led on to. Losing a parent would be devastating to her. Thankfully, he is now in remission, but for all practical purposes, she has lost both and they have lost her. Lost time to spend as a family outside of the visiting room and the distance they live. This is extremely hard for them with their current health issues. Her mom is losing her mobility, and her dad is now battling sight issues. Alyson is their only child and caregiver that was once just a phone call away from helping. The length of time that Alyson is incarcerated is the time that her parents can never get back to spend with her. I can hear their pain every time I talk to them, knowing that there is a chance they will never be able to spend time again as a family outside 4 walls.

I know Alyson has plead guilty and punishment and justice are required, but please consider her kids' future and parents in your decision-making process of her length of sentencing. Id like to thank the court for reading and considering this letter.

To The Honorable Judge:

My name is Paityn. I am Alyson's 15 year old daughter. I am currently a sophomore student in high school. I am writing to ask that my mother be considered for the minimum sentence allowable under the law.

My mom has always been one of the people in my life that I rely on the most. Before this situation began, she was always there to take care of our family. She made sure I got to school, basketball practices and games, along with keeping our family running. She would always put my needs or interests first, even if she was busy. More than all of that, she was one of my biggest supporters and my best friend.

She would always help me with my homework, encourage me, and spend hours just hanging out and talking about my day or issues. I have always been able to turn to her about anything no matter what. My mom has shown me what it means to be independent, caring, kind, and responsible. She also has always had a strong relationship with her friends, community, and family. I have seen her help out and listen to her friends multiple times and she was always a part of the community by participating in certain town events and helping out our neighbors.

Since my mom has been gone, I have definitely felt a difference in my everyday life. My family has always had a type of routine in our household with everyone having certain roles. My mom would always make sure that the house was fresh and decorated, the dishes and laundry was done, and adding the little details. Now that she is not with us, it's been very hard to maintain the normal routine of everything. I also now rely on others for rides and help, but it's not the same as having my mom there. She has already missed some important moments in my life because of this situation which includes my 8th grade graduation, my start of highschool, multiple birthdays, my high school basketball seasons, family vacations, family holidays, and the list could go on. These are moments we cannot get back and it truly shows how important she is to me. We went from seeing and talking to each other everyday to now only talking once a day and seeing each other once a week.

She has already missed so much recently and I wish that she misses as little as possible in the future

Now that I am a sophomore in high school and 15 years old, these years are really important to me, my growth and my future in many aspects. Having my mom's guidance and opinions during this time deeply matters to me. My mom is truly my best friend and has always been there for me even through this hard situation when I'm sure it's hard for her to have to do. My mom is not defined by her mistakes but instead defined by her love for her family and her willingness to always help others. I respectfully ask the Court to consider her character, her role as my mother, and the impact her absence has on me when deciding her sentence.

Thank you very much for taking the time to read my letter and for considering my perspective.

Paityn Cranick

To The Honorable Judge,

My name is Matthew Cranick, and I am 17 years old. I am the son of Alyson Cranick, and I am currently a senior in high school. I am writing this letter to respectfully ask that my mother receive the minimum sentence allowable under the law.

My mom has always been very involved in my life and my sister's life. She helped us with homework, made dinner, and made sure things at home stayed organized. I remember when I used to struggle with homework and would get frustrated and want to stop, instead of letting me give up, she would sit with me for as long as it took until I completed it. She didn't just make sure it was done; she made sure I actually learned how to do it for the future. That might seem like something small, but it shows the kind of effort she puts into being there for her family.

Even while she has been away, she still tries to stay involved in my life. I can only see her once a week, but whenever we talk on the phone or visit, she asks about school, what I've been doing, and how I'm feeling. She wants to know the details, not just the basics. Even though she is dealing with her own situation, she still focuses on encouraging me and making sure I'm okay. That means a lot to me.

Since she has been gone, things at home are different. We are managing, but you can feel that she is not there. Holidays and birthdays don't feel the same. She was always the one who decorated for holidays and made sure birthdays felt special. We still celebrate together, but her presence is missed. The same goes for family trips. She always helped make sure everything was ready and that we were prepared.

She has also been involved outside of just our family. She volunteered at school events, helped with sports activities, and gave her time to support other families, too. Over the years, she has helped elderly neighbors when they needed assistance. She has always stepped in when someone needed help. That shows the type of person she is.

During this time, I've grown a lot. I got my driver's license, taken on more responsibility, and developed new interests. This year is especially important to me because I am graduating in June. Graduation is a big milestone in my life, and I really wish my mom could be there. I don't want her to miss that moment, and I don't want her to miss more moments with our family in the future.

I truly believe my mom deserves the opportunity to receive the minimum sentence. She has strong support from our family, and we are ready to continue supporting her moving forward. Having her home would help bring more balance back into our everyday lives. Thank you for taking the time to read my letter and for considering my perspective.

Matthew Cranick

**Greeting**: To The Honorable Judge Kari A. Dooley

My name is Donna Sotak, Alyson's mother.  I am 77 years old and live in Pennsylvania.

Due to health issues I was unable to have children and we adopted Alyson when she was 3 days old.  To say her adoption changed our lives is a gross understatement!  We had been married 11 years and never thought children would ever be in our future.  Her adoption has brought immeasurable joy to our lives!

We have always been a close knit family and she has made that knit even stronger. Playing together, reading books and being involved in all the activities of a child brought us great joy.  As she grew older different activities replaced some of those from her earlier childhood, but we still felt blessed to be involved.

Our home and yard became central for most of the neighborhood children.  We had a sandbox, swing set and numerous outside toys.  She spent many hours outside with her friends and on days when the weather didn't cooperate  they headed to the basement. That became her school room, restaurant and dress up station.

Alyson was always involved in sports, so softball, basketball and track became part of our normal schedule well into high school. She has made lifelong friends from these activities and learned valuable lessons about winning, losing and being there for her teammates in all types of situations.

I taught 1st and 2nd grades for 35 years in the Allentown, Pa school district.  Alyson spent plenty of time helping me with projects and activities.  She was even my classroom aide for well over a year.  She was very effective with her instructions and was well liked by the parents, students and staff. There was never an incident of inappropriate behavior.

She has always been involved with her own childrens' sport and school activities. Matthew and Paityn have played baseball, softball and basketball since preschool and still do today.  Alyson was involved in making sure they got to the practices and games but also helped at the practices and even with the coaching.  She encouraged them to be active and good sports, no matter the outcome of the game.

She was also very active in the school PTA all through their years at Porter School.

She took on roles to help with fundraising, dances, field trips, assemblies, etc. Again, there were never any complaints or issues in relation to Alyson's activities at the school. This is the same school where she volunteered or worked as an aide for over 8 years. She worked with all ages and grades

Her most important role has been as a wife and mother.  In all our trips to Connecticut she has made us feel welcome and planned special trips or activities for all of us to do.  We miss those opportunities now.  We try to do as much as we can with Matthew and Paityn when we are up or they are in Pennsylvania.  However, we are getting older and I have serious mobility issues so its not as easy as it used to be.  We still love taking them on trips over summer vacation, having them stay with us a few weeks during the summer and always coming to us for their Spring Break.

They are kind and thoughtful teenagers who are always ready to help us in any way.  This comes from the way they were brought up.  Alyson was always there to guide and encourage them. I know how much they miss her and need her!  She spent countless hours with them helping Matthew and Paityn with homework and school projects.  Being an involved mother was her #1 job.  She always made sure they had the materials they needed and guided them.  She would let them discover for themselves without giving them the answers.

Even though they are older now I know they miss her greatly.  They miss her guidance and wisdom but mostly her love.  They miss it in working through the complexities of being teenagers.  They usually talk to her everyday for a few minutes and may be able to visit once a week but sometimes you just need to sit with your mom and talk about stuff with her right there.  I hope and pray that will soon be possible.

I thank the court for allowing my input while considering my daughter's case.

*Donna Sotak*

Donna Sotak

933 Hawthorn Toad

Allentown, Pennsylvania,18103

Phone: 610-435-6738

**GREETING**: To The HONORABLE Judge Kari A. Dooley

My name is David Sotak, and I am Alyson's father. I was a physicist at Western Electric/ ATT / Bell Labs in Allentown, Pennsylvania where I worked for 38 years. I was involved in the manufacture of advanced integrated circuits for the Bell System ESS5 switch, safeguard missile system, Cisco Systems and other large corporations. In addition to my employment, I was also active in my church where I was responsible for recording all donations and issuing statements at the end of the year. Also volunteered for our pierogi drives and other functions to raise money for the Orthodox church in Allentown.

I am writing this letter to beg this court for mercy for my daughter and to advocate for the minimum sentence allowable. These charges are an aberration, and they are perplexing to me and my wife, as Alyson has always been a devoted daughter, wife, mother, and community member. I would like to tell you about the Alyson we know and love, so that you have an understanding of who she is beyond her charges.

Alyson is a sensitive and compassionate person. Growing up Alyson always loved animals. We had a dog named Buffy, and she loved him and played with him all his life. She also had a stuffed mechanical dog that she carried with her every where. He was taped up and repaired many times over the years; I still have him at my place. When Buffy passed, Alyson would not let me bury him, but he was cremated, and she took him with her when she married Marc.

Alyson worked as a para professional in the Allentown school district for years helping students learn. There were never any issues with parents about her performance. She had many friends including students, other teachers, and parents. She did the same para work in Connecticut for many years, and was always there for her children Mattew and Paityn, who attended the same school where she worked. She would volunteer for almost every project involving fund raisers, Halloween projects, baseball, and basketball. She was always close to her

Kids who she put first in her life. She attended all their baseball and basketball games and encouraged them when they were down.

Now that she has been incarcerated for going on 2 years, we can see the toll it is taking on her children. That lack of her closeness is obvious to me with Matthew mostly and Paityn. Kids in their teens need their moms to guide and encourage them in daily life. We all know moms are most important for them to gain confidence in their daily lives. Alyson's absence from their lives has been traumatic to say the least. We all love and miss her very much!

Meeting with Alyson on the video visit for the past 2 years, I see the toll, on her as well, and know she feels sorry for what has happened, and will try to make amends. I know she is doing everything at the facility to keep herself productive and busy working with the guards, and distributing meals. She also finished in the top 5 graduates as part of the DEFY ventures business class. Because of that she has offered to mentor the next class.

At 80 years old this March, you can understand how I feel about my only child being incarcerated for at least the next ten years. Travel vacations, help caring for my wife, spending time talking about our lives and where we go from here. I could elaborate, but it would take more than 3 pages. We all make mistakes we are sorry for. As such, I may never be with her here before I pass; maybe my wife at 77 will make it, but she is handicapped with serious mobility issues. This is certainly not how we envisioned spending our retirement years, visiting our daughter in prison, and helping to financially support her and her family. Of course, we are willing to do whatever we can for our grandchildren, but we are no substitute for their mom.

Matthew will graduate this year from high school. His mom will not be there to see this tremendous milestone; that is not something either of them can ever get back, which is truly unfortunate. Marc is a great dad, and always takes the children to visit their mom, but they need a path that will return their mom home.

In conclusion, my dad was a Priest in the Orthodox church for his entire working life as was his father. I would listen to his sermons, and ideas on Christianity. In this situation, he would say "pray for the judge that our Lord may rain down the wisdom of Solomon, and the forgiveness of Jesus on the cross at Mount Golgotha to render a decision that is respective and just to both parties."

I thank the court for allowing my input while considering my daughter's case.


*David Sotak*

David Sotak

933 Hawthorn Road

Allentown, Pennsylvania, 18103

Phone: 610- 435 - 6738